

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
The Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 7, 2015.

_____
Jason Pulliam, Justice